# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JOHN EDWARD EASTER<br>*TDCJ No. 622867*, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. |
| FRANKIE ANN POWELL, | § § | 7:02-CV-280-R |
| Defendant. | § | ECF |

## PLAINTIFF'S UNOPPOSED MOTION TO
## WITHDRAW AND TO SUBSTITUTE COUNSEL

On December 4, 2006, the Court appointed two attorneys of Haynes and Boone, LLP, including M. Elisabeth Rain, to represent Plaintiff John Edward Easter in this case in the District Court. Ms. Rain is no longer at Haynes and Boone, LLP, and Plaintiff wishes to permit Ms. Rain to withdraw and to substitute in her place the following attorney at Haynes and Boone, LLP:

> Brian Collins
> State Bar No. 24038827
> HAYNES AND BOONE, LLP
> 901 Main Street, Suite 3100
> Dallas, Texas 75202
> Phone: (214) 651-5000
> Facsimile: (214) 651-5940
> E-Mail: brian.collins@haynesboone.com

Plaintiff approves the withdrawal of Ms. Rain and substitution of Mr. Collins. The withdrawal and substitution are not being taken for purposes of delay and will not prejudice any party.

        Respectfully Submitted,

        s/ Brian McKay_____
        Brian W. McKay
        Texas Bar No. 24046395
        Brian Collins
        Texas Bar No. 24038827
        HAYNES AND BOONE, LLP
        901 Main Street, Suite 3100
        Dallas, Texas 75202
        Telephone:  (214) 651-5000
        Facsimile:  (214) 651-5940

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

Movant conferred with opposing counsel concerning the matters raised in this motion on this 23rd day of August, 2007. Mr. Liller indicated that he does not oppose the relief requested in this motion.

        s/ Brian McKay_____
        Brian W. McKay

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served on the attorneys of record for all parties to the above cause by means of the Northern District of Texas's CM/ECF filing system, in accordance with the Federal Rules of Civil Procedure and Local Rule 5.1(d), on the 4th day of September, 2007.

        s/ Brian McKay_____
        Brian W. McKay