**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| *JOHN EDWARD EASTER,* § | | |
| *TDCJ-ID #622867* § | | |
| *Plaintiff,* § | | |
| § | | |
| *v.* § | CIVIL ACTION  No. 7:02-CV-00280-R | |
| § | | |
| *FRANKIE ANN POWELL,* § | | |
| *Defendant.* § | | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT FRANKIE POWELL**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Patrick Brezik, Assistant Attorney General for the State of Texas, and files this Notice of Appearance of Counsel for Defendant Frankie Powell in connection with the above-referenced case and in support thereof would respectfully show unto the Court the following:

**I.**

The undersigned has been assigned as co-counsel to the current attorney-in-charge Harold J. Liller regarding the representation of Frankie Powell in the instant suit, set for trial on November 5, 2007.  The undersigned will be familiar with the case, have the authority to bind the client and be in charge for any appearance that is made without the current attorney-in-charge.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

KENT C. SULLIVAN
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

DAVID A. TALBOT, JR.
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/Patrick Brezik
PATRICK BREZIK
Assistant Attorney General
State Bar No. 24040573
P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 495-9139 Fax

**ATTORNEYS FOR DEFENDANT FRANKIE POWELL**

**NOTICE OF ELECTRONIC FILING**

I, PATRICK BREZIK, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Northern District of Texas - Wichita Falls Division, on this 1st day of November, 2007.

/s/Patrick Brezik
PATRICK BREZIK
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, HAROLD J. LILLER, do hereby certify that a true and correct copy of the above and foregoing **Notice of Appearance of Counsel for Defendant Frankie Powell** has been served by placing same in the United States mail, postage prepaid, on this the 1st day of November, 2007, addressed to:

Brian McKay or Brian Collins
Haynes and Boone, L.L.P.
Suite 3100
901 Main Street
Dallas, Texas 75202.
*Attorney for Plaintiff Easter*

Harold J. Liller                                                                 **Via Hand Delivery**
Assistant Attorney General
P.O. Box 12548
Capitol Station
Austin, Texas  78711
*Attorney in Charge for Defendant Frankie Powell*

/s/Patrick Brezik
PATRICK BREZIK
Assistant Attorney General

3