UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION
FILED
November 1, 2007
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| *JOHN EDWARD EASTER,* § <br> TDCJ-ID #622867 § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> *FRANKIE ANN POWELL,* § <br> *Defendant.* § | CIVIL ACTION No. 7:02-CV-280-R |

**ORDER**

On this day **Defendant Frankie Powell's Unopposed Motions in Limine** came before the Court for consideration. The Court, after considering the pleadings of the parties, is of the opinion that the following order should issue:

It is **ORDERED** that **Defendant Frankie Powell's Unopposed Motions in Limine** are hereby **GRANTED**. Plaintiff is ordered not to mention or bring before the jury, either directly or indirectly, upon voir dire, reading the pleadings, statement of the case, interrogation of witnesses, argument or objection before the jury, or in any other manner or means inform the jury or bring to the jury's attention any of the matters set forth in the paragraphs below, unless and until such matters have first been called to the Court's attention out of the presence and hearing of the jury and a favorable ruling received as to the admissibility and relevance of the following matters:

1. Any comment on, reference to, or comparison of this case to the current problems concerning the Texas Youth Commission, the Abu Ghraib prison incident, the Ruiz class action lawsuit, or any other incident involving alleged violations of prisoners' rights, other than the incident involved in this lawsuit without prior ruling by the Court.

2. Plaintiff may not mention or otherwise raise before the jury evidence that Defendant has

been investigated or reprimanded with regard to her job performance for any reason without prior ruling by the Court.

It is further **ORDERED** that Plaintiff shall inform his witnesses of this Court's ruling.

SIGNED on this the 1st day of November, 2007.

_____
JUDGE PRESIDING

AGREED:

/s/ Brian M. Collins
BRIAN M. COLLINS
Counsel for Plaintiff Easter


/s/ Harold J. Liller
HAROLD J. LILLER
Counsel for Defendant Powell