# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JOHN EDWARD EASTER<br>*TDCJ No. 622867*, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| vs. | § § | 7:02-CV-280-R |
| FRANKIE ANN POWELL, | § § | ECF |
| Defendant. | § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff John Edward Easter and Defendant Frankie Ann Powell hereby file this Agreed Motion to Lift Stay and Stipulation of Dismissal with Prejudice. In support of the Motion, the parties would show:

1. On November 2, 2007, the Court stayed all proceedings in this case, upon the parties' request, to permit the parties to formalize a negotiated settlement of the claims in this action.

2. The parties hereby inform the Court that a settlement has been reached in this case, and all matters in dispute between the parties have been fully and finally compromised and settled.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties give notice that they wish to dismiss with prejudice all claims asserted in this action.

4. The parties agree that they shall bear their respective expenses and attorneys fees.

The parties therefore request that the Court lift the stay entered on November 2, 2007 and dismiss with prejudice all claims in this action.

Respectfully submitted on this 21st day of April, 2008.

By:

| | |
|---|---|
| /s/ Brian W. McKay | /s/ Harold J. Liller (w/ permission) |
| Brian W. McKay | Harold J. Liller |
| Texas Bar No. 24046395 | Texas Bar No. 24029689 |
| HAYNES AND BOONE, LLP | Assistant Attorney General |
| 901 Main Street, Suite 3100 | P.O. Box. 12548, Capitol Station |
| Dallas, Texas 75202 | Austin, Texas 78711-2548 |
| | |
| Telephone: (214) 651-5000 | Telephone: (512) 463-2080 |
| Telecopier: (214) 651-5940 | Telecopier: (512) 495-9139 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |